UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Susan D. Wigenton |
| v. | Criminal No. 2:08-cr-921-01 (SDW) |
| VALERY RIMERMAN | ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |

This matter having come before the court on application of Carl J. Herman, Esq., attorney for defendant, Valery Rimerman, for an amendment to the pretrial Order of release entered by this court on December 8, 2008, to permit the defendant to travel to the state of New York to attend his best friend's 70th birthday celebration; and also to allow the defendant reoccurring trips to the state of New York, two (2) days per month for the purposes of socializing with his colleagues from University, and with the United States of America being represented by Anthony Moscato, Assistant U.S. Attorney, District of New Jersey, and the court having considered all of the information in this case, and for good cause shown:

IT IS on this _____ day of April, 2009, hereby.

ORDERED, that the prior Order of pretrial release is amended to permit the defendant to travel to the state of New York, with the approval of the pretrial services officer, to attend his best friend's 70th birthday celebration; and also to allow the defendant reoccurring trips to the state of New York, two (2) days per month for the purposes of socializing with his colleagues from University; and

IT IS FURTHER ORDERED, that all conditions of release previously ordered in this matter shall remain in full force and effect.

I hereby consent to the entry of this Order

_____  _____
Anthony Moscato             Hon. Susan D. Wigenton, U.S.D.J.
Assistant U.S. Attorney