07/13/2010 08:57 Case 2:08-cr-00921-SDW Document 10 Filed 07/13/10 (FAX) Page 1 of 1 PageID: 34 P.002/004
Fax sent by :
Fax from :
06-18-10 03:27p Pg: 2/2

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VALERY RIMERMAN,<br><br>Defendant. | Hon. Susan D. Wigenton<br><br>Criminal No.: 2:08-cr-921-01 (SDW)<br><br>**CONSENT ORDER** |

THIS MATTER, having come before the Court on application of Carl J. Herman, Esq., attorney for the defendant, VALERY RIMERMAN, for an Order requesting that Pretrial Services return to the defendant his passport that was previously surrendered to Pretrial Services, and the Court having considered all of the information in this case, and for good cause shown:

IT IS on this _13th_ day of _July_, 2010, hereby;

ORDERED that Pretrial Services shall return the defendant's passport to him.

I hereby consent to the entry of this Order.

_____
ANTHONY MOSCATO
Assistant U.S. Attorney

_____
HON. SUSAN D. WIGENTON, U.S.D.J.