2008R01466/am

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Criminal Number: 08-921 (SDW) |
| VALERY RIMERMAN | : | ORDER FOR RESTITUTION |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Anthony Moscato, Assistant U.S. Attorney), and defendant Valery Rimerman (hereinafter the "defendant")(by his attorney Carl  Herman, Esq.) for an Order requiring the defendant to pay restitution to the victims of his offense, and as the defendant having consented to this Order, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that as a result of his plea agreement and conviction, the defendant is required to make full restitution to the victims of his offense for all losses resulting from the offense of conviction or from the scheme, conspiracy, or pattern of criminal activity underlying that offense; namely, health care fraud conspiracy, contrary to Title 18, United States Code, Section 1347, in violation of Title 18, United States Code, Section 1349; and

WHEREFORE, IT IS on this 5ᵗʰ day of October, 2010,

ORDERED that the defendant, as part of the sentence imposed on June 10, 2010, shall pay restitution to the victims listed below and in the amounts listed below:

| Victim | Address | Amount |
|---|---|---|
| AIG/21st Century Insurance and Financial Services | 1000 Midlantic Drive Mount Laurel, New Jersey 08054 | $27,779.56 |
| Allstate Insurance Company | Route 202/206 Bridgewater, New Jersey 08807 | $71,353.93 |
| Chubb and Son | 15 Mountain View Road, Warren, New Jersey 07061-1615 | $5,213.74 |
| Cure Insurance Company | 214 Carnegie Center Suite 101 Princeton, New Jersey 08540 | $1,016.40 |
| Encompass Insurance Company | 1100 Cornwall Road Monmouth Junction, New Jersey 08852 | $16,401.03 |
| Lancers Insurance Company | Post Office Box 9123 Plainview, New York 11803 | $935.79 |
| Liberty Mutual Insurance Company | 399 Campus Drive Somerset, New Jersey 08873 | $46,610.69 |
| Liberty Mutual Insurance Company-Commercial | 13201 Northwest Freeway Suite 600 Houston, Texas 77240-7607 | $1,226.70 |
| MetLife Auto and Home | 31 British American Boulevard, Latham, New York 12110 | $7,298.91 |
| New Jersey Manufacturers Insurance Company/NJM Ins. Grp | 301 Sullivan Way, West Trenton, New Jersey 08628 | $15,402.50 |

| Victim | Address | Amount |
|---|---|---|
| Progressive Insurance Company/National Continental | 100 Canal Point Boulevard, Princeton, New Jersey 08547 | $1,854.55 |
| Selective Insurance Company | 1395 Yardville – Hamilton Square, Hamilton, New Jersey 08691 | $5,586.39 |

IT IS FURTHER ORDERED that this restitution will be payable in monthly installments of not less than $200 per month, commencing thirty days from the date of this order.

IT IS FURTHER ORDERED that the defendant's obligation to pay restitution under this Order is joint and several with Aleksandr Sirota (Criminal Number 08-132 (SDW)).

IT IS FURTHER ORDERED THAT the defendant will pay restitution payable to the U.S. Treasury and forward these monthly payments to the Clerk of the Court for distribution to the above-referenced victims.

Date: Oct. 5 2010

HON. SUSAN D. WIGENTON
United States District Judge