UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>VALERY RIMERMAN,<br><br>                         Defendant. | Criminal No.: 08-921 (SDW)<br><br>Hon. Susan D. Wigenton<br><br>**CONSENT ORDER** |

THIS MATTER having been brought before this Honorable Court on behalf of the Defendant, Valery Rimerman, by his attorney Carl J. Herman, Esq., and the Court having reviewed all submitted documents and for good cause shown;

IT IS on this 3RD day of February 2011;

ORDERED that the within Motion to amend the Judgment of Conviction in this case to eliminate the requirement of home confinement as of February 10, 2011, is granted; and it is further

ORDERED that all other conditions contained in the Judgment of Conviction shall remain in full force and effect; and it is further

ORDERED that a copy of this Order be served upon all parties of record within _____ days of the date of this Order.

I hereby consent to the entry of this Order.

_____
ANTHONY MOSCATO
Assistant U.S. Attorney

_____
HON. SUSAN D. WIGENTON, U.S.D.J.