UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA         :

       Plaintiff,                    Criminal No. 08-921-01

  v.                               :

VALERY RIMERMAN                          **O R D E R**

       Defendant.            :

For reasons placed on the record on August 7, 2012;

It is on this 10th day of August, 2012,

Hereby ORDERED that the motions for hearing [Doc #'s 24 and 25] are denied.

                                */s/ Susan D. Wigenton*
                                SUSAN D. WIGENTON
                                United States District Judge